FILED

05/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0146

_____

IN RE THE MARRIAGE OF:

JENNIFER BANZET, f/k/a JENNIFER BAILEY,

      Petitioner and Appellee,

  and

BRIAN BAILEY,

      Respondent and Appellant.

                                              O R D E R

_____

Appellee Jennifer Banzet moves to dismiss this appeal for Appellant Brian Bailey's failure to timely file his opening brief. Banzet points out that the record was received by this Court on April 6, 2023. Appellant's brief was therefore due on May 7, 2023, which was a Sunday, extending his time through May 8, 2023. Banzet filed her motion the following day.

Bailey's opening brief arrived at the Clerk of Court's office two days later, May 11. The brief came to the Court's attention for routine review to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. Bailey's opening brief, though three days late, is substantially in compliance with the rules. The Court favors disposition of appeals on the merits and will not impose the harsh remedy of dismissal as a sanction for Bailey's tardiness. The Court cautions, however, that all litigants are expected to adhere to the Rules of Appellate Procedure, and Bailey's future filings must be submitted in a timely fashion.

IT IS THEREFORE ORDERED that the Appellee's motion to dismiss this appeal is DENIED.

The Clerk is directed to give notice of this Order to all parties and counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 11 2023